UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                          2:06-cr-121-FtM-99DNF

HOWARD HENRY
SHEILA W. HENRY
QUITIN HENRY

---

### ORDER

     This matter comes before the Court on Report and Recommendation (Doc. #221) filed on January 8, 2008, as to restitution by Howard Henry, Sheila Henry and Quitin Henry. At the January 15, 2008, sentencing of Quitin Henry he stated he had no objections to the amount of restitution in the Report and Recommendation, and the Court has entered that amount on his criminal judgment.

    Accordingly, it is now

**ORDERED:**

The Report and Recommendation (Doc. #221) is **accepted and adopted** as to defendant Quitin Henry. Since the time to object has not yet passed as to the other defendants, the Court takes no action as to them.

    DONE AND ORDERED at Fort Myers, Florida, this ___17th___ day of January, 2008.

JOHN E. STEELE
**United States District Judge**

Copies:
AUSA
Counsel of Record